**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20326-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ADRIAN TIBERIU SANDU**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on April 5, 2024 [ECF No. 28]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 28]** is **AFFIRMED AND ADOPTED**, and Defendant, Adrian Tiberiu Sandu's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Lissette M. Reid